**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

**:IDA-LEE: FAMILY OF [REMAN],**

**Plaintiff,**

**v.**

**MONTY S. CAMPBELL,**

**Defendant.**

**3:12-CV-00015-PK**

**ORDER**

**BROWN, Judge.**

Magistrate Judge Paul Papak issued Findings and Recommendation (#7) on February 9, 2012, in which he recommends the Court dismiss Plaintiff's Complaint *sua sponte* for lack of subject-matter jurisdiction and for failure to state a claim and dismiss this matter with prejudice. Plaintiff filed timely

Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. Plaintiff does not point to any facts or legal authority that establishes the *Rooker-Feldman* doctrine does not apply and, therefore, that this Court has subject-matter jurisdiction or that Defendant is not entitled to absolute judicial immunity. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak’s Findings and Recommendation (#7). Accordingly, the Court **DISMISSES** this

matter *sua sponte* **with prejudice** and **DENIES as moot** all pending Motions.

IT IS SO ORDERED.

DATED this 8th day of March, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge