IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| :IDA-LEE: FAMILY OF [REMAN], | 3:12-CV-00015-PK |
| Plaintiff, | JUDGMENT |
| v. | |
| MONTY S. CAMPBELL, | |
| Defendants. | |

Based on the Court's Order (#20) issued March 8, 2012, the Court **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 8th day of March, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT